1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  CHARLES J. LEE, Bar #221057
   JANET BATEMAN, Pennsylvania Bar #208063
3  Assistant Federal Defenders
   Designated Counsel for Service
4  2300 Tulare Street, Suite 330
   Fresno, California  93721-2226
5  Telephone: (559) 487-5561

6  Attorneys for Defendant
   JOAQUIN OTIS SANTOS

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           )   No. 1:12-cr-0322 AWI-BAM
                                       )
12          *Plaintiff,*               )   STIPULATION AND ORDER TO CONTINUE
                                       )   STATUS CONFERENCE HEARING
13    v.                               )
                                       )   DATE:   March 11, 2013
14 JOAQUIN OTIS SANTOS,                )   TIME:   1:00 P.M.
                                       )   JUDGE:  Hon. Barbara A. McAuliffe
15          *Defendant.*               )
                                       )
16 _____     )

17          **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

18 counsel that the status conference in the above-captioned matter now set for January 28, 2013, **may be**

19 **continued to March 11, 2013 at 1:00 p.m. before Magistrate Barbara A. McAuliffe.**

20          This continuance is at the request of defense counsel as defense needs additional time in

21 preparation of this case.  The government has informed defense they intend to provide an offer on both of

22 Mr. Santos' cases next week.  The defense will then need additional time to review the offer with Mr.

23 Santos.  Mr. Santos is currently staying at the residential Tulare River Alcoholism Program and is doing

24 well there.  Defense counsel plan to go visit Mr. Santos in the near future to review the case and the

25 government's offer with him.

26          The requested continuance is with the intention of conserving time and resources for both

27 parties and the court.  The parties agree that the delay resulting from the continuance shall be excluded in

28 the interests of justice, including but not limited to, the need for the period of time set forth herein for

1    effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C.

2    §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

3

4                                                    Respectfully submitted,

5                                                    BENJAMIN B. WAGNER
                                                     United States Attorney
6

7    DATED: January 18, 2013              By:    /s/ Laurel J. Montoya
                                                 LAUREL J. MONTOYA
8                                                Assistant United States Attorney
                                                 Attorney for Plaintiff
9

10                                                   DANIEL J. BRODERICK
                                                     Federal Defender
11

12   DATED: January 18, 2012             By:    /s/ Charles J. Lee
                                                 CHARLES J. LEE
13                                               Assistant Federal Defender
                                                 Attorneys for Defendant
14                                               JOAQUIN OTIS SANTOS

15

16

17

18                              **O R D E R**

19       **IT IS SO ORDERED.**  Time is excluded pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and

20   3161(h)(7)(B)(i) and (iv).

21          IT IS SO ORDERED.

22   **Dated:    January 18, 2013             /s/ Barbara A. McAuliffe**
                                              UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28

Santos: Stipulation and Proposed Order                    2