HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
JANET BATEMAN, Bar #241210
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
JOAQUIN OTIS SANTOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:12-cr-0322 AWI-BAM |
| *Plaintiff,* | ) ) | STIPULATION AND ORDER TO VACATE 4/14/2014 MOTION HEARING AND SCHEDULE STATUS CONFERENCE ON MARCH 24, 2014 |
| v. | ) ) ) | |
| JOAQUIN OTIS SANTOS | ) | DATE:      March 24, 2014 |
| *Defendant.* | ) ) | TIME:      1:00 p.m. JUDGE:    Hon. Barbara A. McAuliffe |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the motion hearing currently scheduled for April 14, 2014, **be vacated and a Status Conference be scheduled for March 24, 2014 at 1:00 p.m. with Hon. Magistrate Judge Barbara A. McAuliffe.**

This stipulation is entered into because parties are attempting to reach a resolution in this case.  Parties also agree and request to remove the Daubert motion and all attendant filing dates off calendar.

The parties agree that any delay resulting from this request shall be excluded in the interests of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

//

//

|   |   |   |
|---|---|---|
|   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: February 20, 2014 | By | /s/ Laurel Montoya<br>LAUREL MONTOYA<br>Assistant United States Attorney<br>Attorney for Plaintiff |
|   |   | HEATHER E. WILLIAMS<br>FEDERAL DEFENDER |
| DATED: February 20, 2014 | By | /s/ Janet Bateman<br>JANET BATEMAN<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOAQUIN OTIS SANTOS |

# ORDER

The motion hearing currently scheduled for April 14, 2014 before Judge Ishii is Vacated and a Status Conference is scheduled for March 24, 2014 at 1:00 p.m. before Judge McAuliffe. It is also ordered that all pending and future hearings and attendant filing dates are taken off calendar.

The delay resulting from this request shall be excluded in the interests of justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(1)(D), 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

Dated: **February 21, 2014**          /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE