BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  1:12-CR-00322-AWI-BAM |
| --- | --- |
| Plaintiff, | 1:12-CR-00353-AWI-BAM |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| JOAQUIN OTIS SANTOS, | |
| Defendant. | |

Based upon the plea agreement entered into between United States of America and defendant Joaquin Otis Santos, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), defendant Joaquin Otis Santos' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a.   A Revelation 350 Series M 12 gauge shotgun and all ammunition seized in this case.

2. The above-listed assets constitute firearms or ammunition involved in or used in a knowing violation of 28 U.S.C. § 5861(d).

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Bureau of Alcohol, Tobacco, Firearms and Explosives in its secure custody and control.

4.   a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule

1  171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of
2  the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney
3  General may direct shall be posted for at least 30 consecutive days on the official internet government
4  forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct
5  written notice to any person known to have alleged an interest in the property that is the subject of the
6  order of forfeiture as a substitute for published notice as to those persons so notified.

7  　　　　b. This notice shall state that any person, other than the defendant, asserting a legal
8  interest in the above-listed property, must file a petition with the Court within sixty (60) days from the
9  first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or
10  within thirty (30) days from receipt of direct written notice, whichever is earlier.

11  　　5.　　If a petition is timely filed, upon adjudication of all third-party interests, if any, this
12  Court will enter a Final Order of Forfeiture pursuant to 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), in
13  which all interests will be addressed.

IT IS SO ORDERED.

Dated:   August 1, 2014                    _____
　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE

PRELIMINARY ORDER OF FORFEITURE                    2