HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
JANET BATEMAN, Bar #241210
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
Joaquin Santos

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:12-cr-0322 AWI-BAM |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND  ORDER TO CONTINUE STATUS CONFERNECE |
| vs. | ) ) | DATE:   November 17, 2014 |
| JOAQUIN SANTOS, | ) ) | TIME:    10:00 a.m. JUDGE: Hon. Anthony W. Ishii |
| Defendant. | ) ) ) |  |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the status hearing in the above-captioned matter now set for September 22, 2014, may be continued to November 17, 2014 at 10:00 a.m.

   Under the terms of the plea agreement, this case will be dismissed when Mr. Santos is sentenced on case 1:12-cr-0353 AWI-BAM.  As such, the parties request this case be calendared on the same date and time.

   The requested continuance is with the intention of conserving time and resources for both parties and the court.  The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

///

|   |   |
|---|---|
| | Respectfully submitted, |
| | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED:  September 18, 2014 | */s/ Laurel J. Montoya*<br>LAUREL J. MONTOYA<br>Assistant United States Attorney<br>Attorney for Plaintiff |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED:  September 18, 2014 | */s/ Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOAQUIN SANTOS |

**O R D E R**

IT IS SO ORDERED.

Dated:   September 18, 2014              [signature]
                                        SENIOR DISTRICT JUDGE