1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   JANET BATEMAN, Bar #241210
3  Assistant Federal Defenders
   Designated Counsel for Service
4  2300 Tulare Street, Suite 330
   Fresno, CA  93721-2226
5  Telephone: 559-487-5561/Fax: 559-487-5950

6  Attorneys for Defendant
   Joaquin Santos
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    )  Case No.  1:12-cr-0322-AWI-BAM
                                  )
12 |         Plaintiff,            )  STIPULATION AND ORDER TO CONTINUE
                                  )  STATUS CONFERENCE
13 | vs.                           )
                                  )  DATE:    January 26, 2015
14 | JOAQUIN SANTOS,               )  TIME:    10:00 a.m.
                                  )  JUDGE:   Hon. Anthony W. Ishii
15 |         Defendant.            )
                                  )
16                                 )

17     IT IS HEREBY STIPULATED by and between the parties hereto through their

18 respective counsel that the status hearing in the above-captioned matter now set for November

19 17, 2014, may be continued to January 26, 2015 at 10:00 a.m.

20     Under the terms of the plea agreement, this case will be dismissed when Mr. Santos is

21 sentenced on case 1:12-cr-0353 AWI-BAM.  As such, the parties request this case be calendared

22 on the same date and time.

23     The requested continuance is with the intention of conserving time and resources for both

24 parties and the court.  The parties agree that the delay resulting from the continuance shall be

25 excluded in the interests of justice, including but not limited to, the need for the period of time

26 set forth herein for effective defense preparation, defense investigation, and plea negotiation

27 purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

28     ///

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: November 5, 2014          */s/ Laurel J. Montoya*
                                 LAUREL J. MONTOYA
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


                                 HEATHER E. WILLIAMS
                                 Federal Defender

DATED: November 5, 2014          */s/ Charles J. Lee*
                                 CHARLES J. LEE
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 JOAQUIN SANTOS

# **O R D E R**

IT IS SO ORDERED.

Dated:  November 5, 2014         _____
                                 SENIOR DISTRICT JUDGE